# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAYNE BROWN,<br>*Plaintiff,* | :   CIVIL ACTION NO.<br>:   3:01CV1017 (JBA)<br>: |
| v. | : |
| WESTERN CT STATE UNIVERSITY,<br>ET AL.<br>*Defendants* | :<br>:<br>:   November 5, 2003 |

## MOTION FOR COSTS

Honorable United States District Court of Connecticut Magistrate Judge Joan G. Margolis recommended ruling granting summary judgment was entered on July 10, 2003 (Doc. # 63). Plaintiff filed his objection to the magistrate judge's determination on July 25, 2003 (Doc. #s 64 and 65). Magistrate Judge Margolis denied both motions (Doc. # 68). Honorable United States District Court Judge Janet B. Arterton adopted Judge Margolis's rulings on September 26, 2003 (Doc. # 69). Judgment in this matter was entered on October 1, 2003. (Doc. # 70) Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that:

a. the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

b. the $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendants as partial satisfaction of the above.

1

DEFENDANTS
WESTERN CONNECTICUT
STATE UNIVERSITY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General
Federal Bar No. ct08469
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: Beth.Margulies@po.state.ct.us

## CERTIFICATION

I hereby certify that the foregoing a true and accurate copy of the foregoing Motion for Costs with Exhibits A and B attached was sent this 5th day of November, 2003, by United States Mail, first class postage prepaid, to the following:

Joseph John Unfried, Esq. (lead counsel)
68 Main Street
Danbury, CT 06810
Tel.: (203) 623-1427

and

Clifford Tager, Esq.
57 North Street, Suite 205
Danbury, CT 06810
Tel.: (203) 792-7090

*Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General

2

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAYNE BROWN, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:01CV1017 (JBA) |
| | : | |
| vi. | : | |
| | : | |
| WESTERN CT STATE UNIVERSITY, | | |
| ET AL. | : | |
| *Defendants* | : | November 5, 2003 |

**BILL OF COSTS**

1. Fee of the Court Reporter ................................................$738.60
   Deposition of Shayne Brown
   October 22, 2002 – bill attached

2. Fee of the Court Reporter
   Depositions of Frank Muska, Michelle Weinstein
   Elisa Beckett
   November 11, 2002 – bill attached ................. 290.00

   **TOTAL**                                              **$1,028.60**

# Brandon Smith Reporting Service, LLC

## Case Invoice

11-A Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Date |
|---|
| 11/11/2002 |

Beth Marguiles
Attorney General
55 Elm Street

Hartford, CT 06106

Phone     (860) 808-5050
Fax

**Brown vs. WCS**

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | Dp. Date | | |
|---|---|---|---|---|---|---|---|---|
| 1956rr | | | 11/11/2002 | | Muska, Dr. Frank | 10/25/2002 | | |
| | | Copy | | | | | 61 | $152.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $152.50 |
| 1957rr | | | 11/11/2002 | | Weinstein, Michelle | 10/25/2002 | | |
| | | Copy | | | | | 22 | $55.00 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $55.00 |
| 1958rr | | | 11/11/2002 | | Beckett, Elisa | 10/25/2002 | | |
| | | Copy | | | | | 33 | $82.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $82.50 |
| | | | | | | **Case Balance** | | **$290.00** |

Fed. I.D. # 06-1448649

*We accept Mastercard, Visa and American Express.*



**Brandon Smith Reporting Service, LLC**                               Invoice

11-A Capitol Avenue

Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, November 04, 2002 | 319pr |

*Hand-delivered to WCSU by BZM on 11/6/02

Beth Marguiles
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:   (860) 808-5340      Fax:

| | |
|---|---|
| Witness: | Brown, Shayne |
| Case: | Brown vs WCSU |
| Venue: | |
| Case #: | |
| Date: | 10/22/2002 |
| Start Time: | 9:30 AM |
| End Time: | :0 |
| Reporter: | Tiffany Pratt |
| Claim #: | |
| File #: | 2349ss |

| Description | Quan | Total |
|---|---|---|
| Attorney General-Appearance | 1 | $75.00 |
| Attorney General | 168 | $663.60 |
| | Sub Total | $738.60 |
| | Payments | $0.00 |
| | Balance Due | $738.60 |


RECEIVED NOV - 4 2002 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649

*We accept Mastercard, Visa and American Express.*

approved for payment
A.A.G. Beth Marguiles

**EXHIBIT B**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAYNE BROWN, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:01CV1017 (JBA) |
| | : | |
| vii. | : | |
| | : | |
| WESTERN CT STATE UNIVERSITY, | : | |
| ET AL. | : | |
| *Defendants* | : | November 5, 2003 |

**CERTIFICATION**

I, Beth Z. Margulies, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, and/or the motion for summary judgment filed in this case.

*[signature]*
Beth Z. Margulies
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 5th day of November, 2003.

*[signature]*
~~Commissioner of the Superior Court~~
Notary Public
Commission Expires _____

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2004

4