UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAYNE BROWN,<br>*Plaintiff,* | CIVIL ACTION NO.<br>3:01CV1017 (JBA) |
| v. | |
| WESTERN CT STATE UNIVERSITY,<br>ET AL.<br>*Defendants* | November 5, 2003 |

### MOTION FOR COSTS

Honorable United States District Court of Connecticut Magistrate Judge Joan G. Margolis recommended ruling granting summary judgment was entered on July 10, 2003 (Doc. # 63). Plaintiff filed his objection to the magistrate judge's determination on July 25, 2003 (Doc. #s 64 and 65). Magistrate Judge Margolis denied both motions (Doc. # 68). Honorable United States District Court Judge Janet B. Arterton adopted Judge Margolis's rulings on September 26, 2003 (Doc. # 69). Judgment in this matter was entered on October 1, 2003. (Doc. # 70) Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that:

    a.    the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

    b.    the $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendants as partial satisfaction of the above.

1