UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAYNE BROWN,                    :   CIVIL ACTION NO.
    *Plaintiff,*                 :   3:01CV1017 (JBA)
                                 :
    v.                           :
                                 :
WESTERN CT STATE UNIVERSITY,
ET AL.                           :
    *Defendants*                 :   February 9, 2004

## MOTION FOR ORDER FORFEITING BOND

COMES NOW the defendants and request that the Court issue an order, pursuant to its ruling on January 30, 2004 (Doc. # 72), that plaintiff forfeit its posted bond as partial payment for costs assessed against the plaintiff in the above-captioned matter. The defendant represents as follows:

1. The defendants filed a motion for security for costs on August 29, 2001 (Doc. 10).

2. Defendants motion for security for costs was granted by the court on August 29, 2001. (Doc. # 11).

3. The plaintiff posted a bond with the Court on October 5, 2001 (Doc. # 15).

4. The defendants filed summary judgment on February 13, 2003 (Doc. # 51).

5. Honorable Magistrate Judge Joan G. Margolis recommended granting summary judgment on July 10, 2003 (Doc. # 63) and Honorable Judge Janet B. Arterton approved and adopted said recommendation on September 26, 2003 (Doc. # 69). Judgment was entered for the defendants on October 1, 2003 (Doc. # 70).

6. The defendant, as prevailing party, filed its Motion for Costs on November 6, 2003 (Doc. # 71).

7. The Court granted Defendants' Motion for Costs on January 30, 2004 (Doc. # 72) in the amount of $1,028.60.

8. The defendants therefore move for the forfeiture of the bond posted by the plaintiff as partial satisfaction for the costs assessed.

**WHEREFORE**, the defendants respectfully request the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct payment to the Office of the Attorney General as partial satisfaction for the costs assessed.

                                                    DEFENDANTS

                                                    RICHARD BLUMENTHAL
                                                    ATTORNEY GENERAL

BY: *Beth Z. Margulies*
      Beth Z. Margulies
      Assistant Attorney General
      Federal Bar No. ct 08469
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      E-Mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Order Forfeiting Bond was mailed, U.S. mail first class postage prepaid, this 9th day of February, 2004 to all counsel of record:

Joseph John Unfried, Esq. (lead counsel)
68 Main Street
Danbury, CT 06810
Tel.: (203) 623-1427

and

Clifford Tager, Esq.
57 North Street, Suite 205
Danbury, CT 06810
Tel.: (203) 792-7090

Beth Z. Margulies
Assistant Attorney General
