IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
SHAYNE BROWN                                               :
                                                           :     3:01 CV 1017 (JBA)
                                                           :
V.                                                         :
                                                           :
WESTERN CONN STATE UNIV., ET AL.                           :
-----------------------------------------------------------x     DATE: MARCH 10, 2004
```

RULING ON DEFENDANTS' MOTION FOR ORDER FORFEITING BOND

Defendants' Motion for Order Forfeiting Bond (Dkt. #73) is <u>granted</u>, no timely brief in opposition having been filed.

Dated at New Haven, Connecticut, this 10th day of March, 2004.

                                                                _____/s/_____
                                                                Joan Glazer Margolis
                                                                U.S. Magistrate Judge